UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL TORRES-FLORES,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | No. CV 14-5786-JAK<br>　　 CR 12-0958-JAK<br><br>JUDGMENT GRANTING IN PART PETITIONER JUAN MANUEL TORRES-FLORES' MOTION FOR RETURN OF PROPERTY (DKT. 109, 9) |

For good cause shown, IT IS HEREBY ORDERED THAT:

　　　The Motion for Return of Property (Dkt. 9) filed by Petitioner Juan Manuel Torres-Flores ("Petitioner") on August 22, 2014 is GRANTED IN PART.  Respondent shall return to Petitioner the brown wallet, necklace, and $200.00 in United States currency seized from Petitioner on or about September 18, 2012.  Respondent may return the $200.00 to Petitioner either in United States currency or by check.  Respondent also shall return to Petitioner one AT&T Pantech cellular phone (serial no. 114601887746).  Prior to returning the cellular phone, Respondent may copy the entire contents of the cellular phone solely to preserve evidence for use in connection with the related

1  criminal proceedings in this matter.  All of the aforementioned items
2  shall be returned to Petitioner not later than 30 days from the date
3  of this Order.
4  IT IS SO ORDERED.

6  July 1, 2015
   DATE                              THE HONORABLE JOHN A. KRONSTADT
7                                    UNITED STATES DISTRICT JUDGE